# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**　　　　　　　　　　**CASE NO.**　19-CR-10114-01-EFM

**JEREMY VOS,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**18 U.S.C. § 2113(a)**
**(Bank Robbery)**

On or about July 23, 2019, in the District of Kansas, the defendant,

**JEREMY VOS**,

by force, violence, and intimidation, did take from the person and presence of another, money – approximately $1,410.00 in currency of the United States – belonging to and in the care, custody, control, and possession of the Intrust Bank located at 5500 East Harry Street in Wichita, Kansas, a bank whose deposits are insured by the Federal Deposit

Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL**

<u>August 14, 2019</u>           <u>  s/Foreperson                              </u>
**DATE**                         **FOREPERSON OF THE GRAND JURY**

<u>s/ Stephen R. McAllister     </u>
STEPHEN R. McALLISTER
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
301 N. Main, 1200 Epic Center
Wichita, Kansas 67202
stephen.mccallister@usdoj.gov

> **It is requested that the trial be held in Wichita, KS**