# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                        CASE NO. 19-10114-01-EFM

**JEREMY VOS,**

      Defendant.

# SUPERSEDING INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**18 U.S.C. § 2113(a)**
**(Bank Robbery)**

On or about July 23, 2019, in the District of Kansas, the defendant,

**JEREMY VOS**,

by force, violence, and intimidation, did take from the person and presence of another, money – approximately $1,410.00 in currency of the United States – belonging to and in the care, custody, control, and possession of the Intrust Bank located at 5500 East Harry Street in Wichita, Kansas, a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

## Count Two

**18 U.S.C. § 2261A(2)**
**(Cyberstalking)**

On and about July 23, 2019, in the District of Kansas, and elsewhere, the defendant,

**JEREMY VOS,**

with the intent to harass and intimidate another, did intentionally use an electronic communication service of interstate commerce to engage in a course of conduct that caused and would be reasonably expected to cause substantial emotional distress to another, that is, defendant VOS placed a telephone call to 911 reporting that a man entered Fidelity Bank with a gun, the man robbed the bank and was still inside the bank, when defendant VOS knew this information was false, in violation of Title 18, United States Code, Sections 2261A and 2.

**A TRUE BILL**

<u>September 4, 2019</u>                                    <u> s/Foreperson                              </u>
**DATE**                                                       **FOREPERSON OF THE GRAND JURY**


<u>s/ Stephen R. McAllister    </u>
STEPHEN R. McALLISTER
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
301 N. Main, 1200 Epic Center
Wichita, Kansas 67202
stephen.mccallister@usdoj.gov

> **It is requested that the trial be held in Wichita, KS**